IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**HARMANPREET SINGH**                                              **PETITIONER**

**VS.**                                    **CIVIL ACTION NO. 5:19-cv-148-DCB-MTP**

**WARDEN SHAWN R. GILLIS**                                         **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Petitioner Harmanpreet Singh's Petition for Habeas Corpus Under 28 U.S.C. § 2241 (docket entry 1). United States Magistrate Judge Michael T. Parker recommends that the Petition be dismissed as moot.

On December 20, 2019, Singh filed his 28 U.S.C. § 2241 Petition, asserting that he had been detained in immigration custody in excess of six months following a final removal order. (docket entry 1) at 7.

On February 12, 2020, Respondent Gillis filed a Motion to Dismiss for Mootness and Lack of Subject Matter Jurisdiction (docket entry 8), arguing that the Petition is moot because Singh was removed to India on January 28, 2020. Petitioner did not respond to the Motion.

Because the only relief Petitioner seeks is his release from immigration custody, his Petition became moot upon his deportation from the United States, which terminated his immigration

1

detention.  The Petition no longer presents a live case or controversy for purposes of satisfying Article III, Section 2 of the United States Constitution.  Therefore, it must be dismissed as moot.

ACCORDINGLY, the Court adopts the findings of fact and conclusions of law contained in Magistrate Judge Parker's Report and Recommendation;

THEREFORE, IT IS HEREBY ORDERED that Respondent's Motion to Dismiss (docket entry 8) is GRANTED;

IT IS FURTHER ORDERED that Petitioner Singh's Habeas Petition is DISMISSED WITH PREJUDICE.

A FINAL JUDGMENT dismissing the Petitioner's Petition shall follow.

SO ORDERED, this the 12th day of June, 2020.

David C. Bramlette _____

UNITED STATES DISTRICT JUDGE